ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **EMANUEL RIVERA**, <br><br> Defendant. | CASE NO. CR-19-0054-RS <br><br> **STIPULATION AND ORDER CONTINUING HEARING** <br><br> Current Date: November 5, 2019 at 2:30 P.M. <br> Proposed Date: November 19, 2019 at 2:30 P.M. |

A status hearing in this case is currently scheduled for November 5, 2019. However, defense counsel is requesting the hearing be rescheduled due to the need to complete review of recently provided discovery, and discuss that discovery with the defendant. The parties have agreed upon the date of November 19, 2019.

The parties have further agreed that an exclusion of time under the Speedy Trial Clock is warranted under 18 U.S.C. 3161 to facilitate effective preparation of counsel.

DATED: November 4, 2019          Respectfully submitted,

                                 By

                                     /s/
                                     Erick L. Guzman
                                     Attorney for Emanuel Rivera



                                     /s/
                                     Shailika Kotiya
                                     Assistant United States Attorney

**ORDER**

The hearing currently scheduled for November 5, 2019 is rescheduled for November 19, 2019 at 2:30 P.M.

IT IS FURTHER ORDERED that the time between November 5, 2019 and November 19, 2019 be excluded from the speedy trial clock under 18 U.S.C. §3161 due to the need for effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: 11/4/19

HON. RICHARD SEEBORG
United States District Judge