1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   SHAILIKA S. KOTIYA (CABN 308758)
5  Assistant United States Attorney

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7443
       FAX: (415) 436-7234
8      shailika.kotiya@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EMANUEL RIVERA,<br><br>   Defendant. | NO. CR 19-0054 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO TO CONTINUE JANUARY 7, 2020, STATUS CONFERENCE TO JANUARY 14, 2020, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

The parties are presently set to appear before the Court on January 7, 2020, for a status conference. Presently, the defendant Emanuel Rivera and the government are finalizing a potential change of plea, including a review of discovery in this case, and evaluating the potential resolution in light of that discovery. In light of this status of the case as to this defendant, the parties jointly request that the Court continue the January 7, 2020, status conference, one week and set a change of plea/trial setting hearing for January 14, 2020, at 2:30 p.m.

In addition, the parties agree and jointly request that the time between January 7, 2020, and January 14, 2020, be excluded in order to provide reasonable time necessary for the effective

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS

preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO STIPULATED:

DATED:  December 31, 2019

DAVID L. ANDERSON
United States Attorney

_/s/_
SHAILIKA S. KOTIYA
Assistant United States Attorney

_/s/_
ERICK GUZMAN
Attorney for Emanuel Rivera

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court vacates the January 7, 202o, status conference and sets a change of plea/trial setting hearing for January 14, 2020, at 2:30 p.m.  The Court finds that the exclusion of time from January 7, 2020, through and including January 14, 2020, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 1/2/20

_____
HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 19-0054 RS