ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T: 707.595.4474; F: 707.540.6298
E: elg@guzmanlaw.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | CASE NO. CR-19-0054-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | Current Date: February 4, 2020 at 2:30 P.M. |
| **EMANUEL RIVERA**, | Proposed Date: February 11, 2020 at 2:30 P.M. |
| Defendant. | |

    A status hearing in this case is currently scheduled for February 4, 2020. However, defense counsel is requesting the hearing be rescheduled due to the need to complete review of recently provided discovery, and discuss that discovery with the defendant. The reason for the request is that defense counsel has been unable to coordinate with an interpreter to meet with the defendant in custody. The parties have agreed upon the date of February 11, 2020.

    The parties have further agreed that an exclusion of time under the Speedy Trial Clock is warranted under 18 U.S.C. 3161 to facilitate effective preparation of counsel.

Case No. CR-19-0054-RS

DATED: February 3, 2020              Respectfully submitted,


                                     By

                                         /s/
                                     Erick L. Guzman
                                     Attorney for Emanuel Rivera



                                         /s/
                                     Shailika Kotiya
                                     Assistant United States Attorney

**[~~PROPOSED~~ ORDER]**

The hearing currently scheduled for February 4, 2020 is rescheduled for February 11, 2020 at 2:30 P.M.

IT IS FURTHER ORDERED that the time between February 4, 2020 and February 11, 2020 be excluded from the speedy trial clock under 18 U.S.C. §3161 due to the need for effective preparation of defense counsel.

**IT IS SO ORDERED.**

Dated: 2/3/2020

_____
HON. RICHARD SEEBORG
United States District Judge